UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TERRY EDWARD ELLISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:20-CV-175-TAV-HBG |
| ) | |
| BOBBY BROOKS, ) | |
| SGT. STACIE ENGLAND, ) | |
| TAMMY REAGAN, ) | |
| CLAIBORNE COUNTY ) | |
| SHERIFF'S OFFICE, ) | |
| CLAIBORNE COUNTY, ) | |
| SGT. JOSH SMITH, ) | |
| ROBERT SEXTON, and ) | |
| LT. STARLA BERRY, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum and order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

Because the Court **CERTIFIED** in the memorandum and order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

                                                        s/ Thomas A. Varlan
                                                        UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ John L. Medearis
   CLERK OF COURT